UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRI BAYRAMOGLU,<br><br>        Petitioner,<br><br>        v.<br><br>SUPREME COURT OF CALIFORNIA, ETC.,<br><br>        Respondent. | CASE NO. CV 10-728-PSG (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Habeas Corpus Petition,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

    DATED:     February 8, 2010    .

                                  PHILIP S. GUTIERREZ
                                  UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~0675284.wpd